HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
CAROLYN M. WIGGIN, Bar No. 182732
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JAMES FLOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLOYD, | Case No. 2:16-cv-1778 KJN P |
| Petitioner, | **REQUEST FOR SUBSTITUTION OF ATTORNEY; PROPOSED ORDER** |
| v. | |
| ROBERT W. FOX, Warden, | |
| Respondent. | |

Petitioner JAMES FLOYD hereby moves this Court for an order substituting

Charles M. Bonneau, Jr.
Law Office of Charles M. Bonneau, Jr.
331 J Street
Suite 200
Sacramento, CA 95814
Telephone:    916-444-8828
Facsimile:    916-444-8829
E-mail:    cmbonneau@gmail.com

as counsel for the petitioner James Floyd.  The Federal Defender's Office has determined that it is currently unable to represent Mr. Floyd.  Mr. Bonneau has agreed to represent Mr. Floyd.

//

//

//

-1-

The undersigned is authorized to sign this substitution motion on Mr. Bonneau's behalf.

Dated: April 5, 2017  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 *s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Dated: April 5, 2017

 *s/ Charles M. Bonneau, Jr.*
CHARLES M. BONNEAU, JR.
Attorney at Law

O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Charles M. Bonneau, Jr., is substituted in as appointed counsel for Petitioner James Floyd in place of the Office of the Federal Defender for the Eastern District of California (ECF No. 20).

Dated: April 10, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

floy1778.sub