UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES FLOYD,

        Petitioner,

   v.

ROBERT W. FOX, Warden,

        Respondent.

No.  2:16-cv-1778 KJN P

ORDER

    Petitioner is a state prisoner, proceeding through counsel.  On December 12, 2019, petitioner filed a supplement to his reply.  Good cause appearing, respondent may file a sur-reply within fourteen days from the date of this order.

    Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, respondent may file a sur-reply to petitioner's supplement (ECF No. 42).

Dated:  December 17, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/floy1778.100.sur

1